**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


JOSE MAURICIO CARRILLO RIVAS,            :
                                         :
             Plaintiff                   :
      v.                                 :   Civil Case No. 1:18-cv-01563
                                         :
CHRISTOS BUILDING SERVICES, LLC, *et al.,*   :
                                         :
             Defendants                  :


## STATUS REPORT

Plaintiff Jose Mauricio Carrillo Rivas and Defendants Christos Building Services, LLC ("CBS") and Christos Sarantis ("Sarantis") (collectively "the parties"), by and through their counsel, and pursuant to the Court's Initial Scheduling Conference held on September 12, 2018, hereby submit their Status Report and state as follows:

On September 12, 2018, prior to any formal discovery, defendants provided documents to plaintiff in an effort to expeditiously resolve this matter. Upon corroboration of these documents, plaintiff tendered an amended settlement demand. In response, defendants have tendered an amended settlement offer. The parties have been working diligently to determine whether this matter may be fully resolved prior to conducting formal discovery. Accordingly, the parties respectfully request another thirty (30) days to determine whether they may fully resolve this matter. Defendants' lead counsel will be out of the area several days later this month and early next month, visiting with family and celebrating his father's 80th birthday. This is the first request for extension made by any party.

JOSE MAURICIO CARRILLO RIVAS


 /S/ Suvita Melehy
Suvita Melehy, Esq.
Omar Vincent Melehy, Esq.
MEHELY & ASSOCIATES LLC
8403 Colesville Road Suite 610
Silver Spring, Maryland 20910
ovmelehy@melehylaw.com
smelehy@melehylaw.com

Attorneys for Plaintiff


CHRISTOS BUILDING SERVICES, LLC, *et al.*


 /S/ Geoffrey M. Bohn
Geoffrey M. Bohn (D.C. Bar # 463248)
Robert A. Battey (D.C. Bar #463978)
BOHN &BATTEY, PLC
P.O. Box 101685
Arlington, VA 22210
Tel:     (703) 599-7076
Fax:     (703) 842-8089
gbohn@bohn-battey.com

Attorneys for Defendants

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 12th day of October, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to defendants' counsel at the following:

Suvita Melehy, Esq.
Omar Vincent Melehy, Esq.
MEHELY & ASSOCIATES LLC
8403 Colesville Road Suite 610
Silver Spring, Maryland 20910
ovmelehy@melehylaw.com
smelehy@melehylaw.com


  /S/ Geoffrey M. Bohn_____
Geoffrey M. Bohn